UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE JOHNSON, JR.,<br>   Plaintiff,<br>  v.<br>JOHN DOE,<br>   Defendant. | Case No. 22-cv-04509-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

After plaintiff Jesse Johnson sent the Court a request for an FBI investigation, the Clerk sent him Notices instructing him to file by September 12, 2022 a complaint and an application to proceed *in forma pauperis* (IFP), or pay the filing fee. Johnson has filed an IFP application, but no complaint. Accordingly, this federal civil rights action is DISMISSED (without prejudice) under Federal Rule of Civil Procedure 41(b) for failing to comply with the Clerk's Notice to file a complaint and for failing to prosecute.

Because this dismissal is without prejudice, Johnson may move to reopen. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; and (ii) contain a complaint on this Court's form.

The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

Dated: September 28, 2022



WILLIAM H. ORRICK
United States District Judge